**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| **In re: CARTER R. EDWARDS** | **CHAPTER 13** |
|---|---|
| Debtor(s) | **CASE NO. 10-60134** |

### OBJECTION TO CLAIM(S); ORDER AND NOTICE OF OPPORTUNITY FOR HEARING

The undersigned movant objects to the following claims for the reasons stated:

| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT | AMOUNT | OBJECTIONS |
|---|---|---|---|
| 9 | J.L. Gomer Equipment<br>8383 Old Richfood Road<br>Mechanicsville, VA 23116-2017 | $35,460.21 | Creditor is a guarantor only. Claim allowed only in amount of $9,105.10 as general unsecured debt. Remaining amount owed to lien creditor which is provided for to Dominion Credit. No assignment or proof of security showing J.L. Gomer equipment as current lienholder. |

WHEREFORE, the undersigned prays that the Court, after notice and an opportunity for hearing, sustain the objection(s) or make other determination as is appropriate.

DATED: 4/13/10                                                                                    /s/ Stephen E. Dunn, Esq. Counsel for Debtor
                                                                                                              201 Enterprise Drive, Suite A
                                                                                                              Forest, Va. 24551
                                                                                                              MOVANT

---

It appearing to the Court proper so to do, it is ORDERED that claimants shall have thirty (30) days from the date of service of this order to file with the United States Bankruptcy Court at the address shown below, and serve upon the Movant at the address given above and the trustee, if the trustee is not the Movant, a written response to said objection(s), and, absent same, claimant shall be in default and the Movant may tender an Order sustaining the objection without further notice or hearing.

If claimant timely files a response to the Movant's objections and requests a hearing upon same, a hearing shall be held in the United States Bankruptcy Courtroom, 1101 Court Street Lynchburg, Virginia, 24504 on **June 3, 2010**, at 10:00 o'clock, AM. upon the Movant's objection to claim and claimants response thereto. The claimant must be present in person, or represented by counsel at said hearing, The Movant shall serve a copy of this order, within seven (7) days of the date of this order, upon all claimants and certify service in writing to the Court.

**DATED: April 13, 2010**                                                           _____
                                                                                                        **UNITED STATES BANKRUPTCY JUDGE**

---

---I hereby certify that I have this date mailed a true copy of the foregoing objection and order to all claimants, or to their counsel, to the trustee, and to counsel for the debtor(s) in this case.

DATED: _____                       _____
                                                                                                        MOVANT

Clerk, U.S. Bankruptcy Court
1101 Court Street, Lynchburg, VA  24504
(434) 845-0317