# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG VIRGINIA

IN RE: CARTER R. EDWARDS                CHAPTER 13
                                        CASE NO. 10-60134

                    Debtor(s)

## ORDER ON ATTORNEY'S FEES

Comes now, Stephen E. Dunn, who asks that an Order be entered directing the Chapter 13 Trustee to pay over to him any funds he has on hand, less the appropriate Trustee's fee and he is asking that the same be done being that this case has been dismissed.

Accordingly, the Court hearing no objections thereto, it is hereby

## ORDERED

That the Chapter 13 Trustee, pay over to Stephen E. Dunn all funds he has on hand up to $1,875.00 that Stephen E. Dunn is owed, less the appropriate Trustee's fee and any Adequate Protection Payments per Court Order.

Counsel for Debtor is directed to mail a copy of this Order by ECF or First Class U.S. Mail, postage prepaid, to the Debtor(s); U.S. Trustee's Office; and to Herbert L. Beskin, Trustee, P.O. Box 2103, Charlottesville, Va., 22902.

DATED: June 18, 2010

_____
WILLIAM E. ANDERSON
United States Bankruptcy Judge

I ASK FOR THIS:
/s/ Stephen E. Dunn
Counsel for Debtor(s)

SEEN:

/s/ Herbert L. Beskin
Herbert L. Beskin, Trustee